PD-0588-15

PD-0588-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/15/2015 11:23:48 AM
Accepted 5/15/2015 2:04:49 PM
ABEL ACOSTA
CLERK

NO.   11-15-00076-CR

| | | |
|---|---|---|
| **GILBERT MORELOS** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Gilbert Morelos, Appellant in the above styled and numbered cause, and moves for an extension of time of 20 days to file a petition for discretionary review, and for good cause shows the following:

1.      On April 23, 2015, the Court of Appeals dismissed appellant's Appeal.  Gilbert Morelos v. State of Texas. This petition is therefore due on Friday, May 22, 2015.

2.      Counsel has been unable to complete the petition for the following reasons: Counsel is seeking to obtain the Court Reporter's Record in this matter. (See attached signed Order.)

3.      Defendant is currently incarcerated.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 20 days, i.e. until June 5, 2015, to file a petition for discretionary review.

Respectfully submitted,

EARL GRIFFIN, JR.
Attorney-at-Law
P.O. Box 730
Childress, Texas 79201
(940)-937-6474
(940)-937-6020 Fax

FILED IN
COURT OF CRIMINAL APPEALS

May 15, 2015

ABEL ACOSTA, CLERK

By: /s/ Earl Griffin, Jr.
     Earl Griffin, Jr.
     State Bar No. 08471000
     egriffinattorney@yahoo.com
     Attorney for Gilbert Morelos

## CERTIFICATE OF SERVICE

This is to certify that on May 15, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Knox County, David Hajek, PO Drawer 508, Seymour, Texas 76380, by facsimile at (940) 888-3036.


          /s/ Earl Griffin, Jr.
          Earl Griffin, Jr.

NO. 3962

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| vs. | § | 50TH JUDICIAL DISTRICT |
| GILBERT MORELOS | § | KNOX COUNTY, TEXAS |

## ORDER

On ___May 5___, 2015, came on to be considered Gilbert Morelos's Request for Preparation of Reporter's Record and Designation of Matters to be Included, and said motion is hereby

(Granted) (Denied)

_____
JUDGE PRESIDING   assigned